## Taylor's Administrator v. Scott, et al.

(Decided June 1, 1926.)

### Appeal from Pike Circuit Court.

Appeal and Error—Court of Appeals Lacks Jurisdiction of Appeal in Suit to Recover Debt of $200.00. Notwithstanding Foreclosure of Mortgage Lien Securing Debt is Sought (Ky. Stats., Section 950-1, et seq.).—Court of Appeals has no jurisdiction of appeal by plaintiff suing to recover $200.00 and to enforce mortgage lien securing debt, in view of Ky. Stats., section 950-1, et seq.; it being immaterial that mortgage lien forclosure is sought, such lien not being a statutory lien and not involving title to land.

ROSCOE VANOVER for appellant.

F. W. STOWERS and MOORE & CHILDERS for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Dismissing.

This is an appeal granted by the court below from a judgment dismissing appellant's petition in a suit to recover the sum of $200.00 on a note, and to enforce a mortgage lien on certain real estate which had been given for the security of the debt. The amount involved does not confer jurisdiction on this court to entertain such appeal. Ky. Statutes, section 950; Childers v. Ratcliff, 164 Ky. 123; L. & N. R. R. Co. v. Greenbrier Distillery Co., 170 Ky. 775. Nor does the fact that a mortgage lien was sought to be enforced confer such jurisdiction, as it is a

contractual, not statutory, lien and does not involve the title to land within the meaning of the statute *supra.* White Grocery Co. v. Moore, et al., 190 Ky. 671.

Wherefore the appeal is dismissed.